# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-1030M

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MITCHELL J. SMITH,

        Defendant.

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

        On May 15, 2006, the Probation Department advised the Court that the defendant had paid restitution in full, was in compliance with the conditions of probation, and that the Government does not object to early termination of probation.  Accordingly, it is:

        ORDERED that the defendant be discharged from probation and that the proceedings in this case be terminated.

        Dated May 17, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge